UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-bk-26779 |
| | ) | |
| Victoria C. Quade, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

## FINAL ORDER AND JUDGMENT AVOIDING LIEN

This matter having coming to be heard on the Debtor's Motion To Avoid Judicial Lien on Exempt Property and Recover Exempt Property (the "Motion") [Docket No. 21]; the court having jurisdiction over the subject matter and all necessary parties appearing at the hearings conducted on July 24, 2012 and August 29, 2012; the court having considered the testimony and evidence presented by all parties and the arguments of all parties in their filings and in person before the court; and in accordance with the Memorandum Decision of the court in this matter issued on October 10, 2012, the court finding that grounds exist under 11 U.S.C. § 522(f) for the relief requested in the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) The Debtor's Motion is granted, as set forth herein. All objections thereto are hereby overruled in their entirety.

(2) The liens of Entertainment Events, Inc. ("EEI") are avoided pursuant to 11 U.S.C. § 522(f) as against the property claimed as exempt by the Debtor in Debtor's Schedule C of exemptions attached hereto as Exhibit A, only to the extent of the claimed exemptions. Said avoidance as to the EEI royalties receivable in the amount of $1,963.00 is effective only as to royalties received by EEI on or after July 3, 2012.

(3) To the extent of the foregoing avoidance, the liens of EEI are null and void pursuant to 11 U.S.C. §§ 522(b) & (f).

(4) The relief set forth in the Memorandum Decision of the court in this matter issued on October 11, 2012, to the extent not otherwise contained herein, shall have the same force of law as if set forth herein in its entirety.

Dated: October 10, 2012

_____
Hon. Timothy A. Barnes
United States Bankruptcy Judge

<u>Exhibit A</u>

Debtor's Schedule C

B6C (Official Form 6C) (4/10)

In re   **Victoria C Quade**                                          Case No.   12-26779
                                   Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 710 W. Junior Terrace, 3rd Floor, Chicago, IL | 735 ILCS 5/12-901 | 15,000.00 | 350,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking account # ending in 7320 | 735 ILCS 5/12-1001(b) | 87.00 | 87.00 |
| **Household Goods and Furnishings** | | | |
| Sofa, TV, Bookcases, tables lamps, dining room table & chairs, beds dressers, stere and speakers, camera, video recorder, laptop and computer | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, family photos, posters, old record albums and cds | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Normal wearing apparel | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Costume jewelry | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| exercise bike and digital camera | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Merrill Lynch IRA ending in 5830 | 735 ILCS 5/12-1006 | 100% | 199,000.00 |
| Merrill Lynch - Roth IRA ending in 2T 49 | 735 ILCS 5/12-1006 | 100% | 28.00 |
| Defined benefit pension from ABA - monthly amount | 735 ILCS 5/12-704 | 100% | 1,238.00 |
| **Accounts Receivable** | | | |
| Royalties withheld by Entertainment Events from 2010 - 2012 | 735 ILCS 5/12-1001(b) | 1,963.00 | 42,024.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Lincoln Continental - 159,000 miles, fair condition | 735 ILCS 5/12-1001(c) | 2,325.00 | 2,325.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Luggage, glassware, ornaments, vacuum cleaner | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| | Total: | 222,091.00 | 597,152.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy