# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| QUADE, VICTORIA C | § | Case No. 12-26779 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/03/2012 .   The undersigned trustee was appointed on  08/30/2012 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $        123,060.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 50,403.15 |
| Bank service fees | 1,636.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]              $ | 71,020.01 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  07/26/2013  and the deadline for filing governmental claims was  07/26/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,403.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 9,403.00 , for a total compensation of $ 9,403.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 247.85 , for total expenses of $ 247.85 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 01/28/2016_____        By:/s/R. SCOTT ALSTERDA_____
                          Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

Case No.: 12-26779   TAB   Judge: TIMOTHY A. BARNES

Case Name: QUADE, VICTORIA C

For Period Ending: 01/28/16

Trustee Name: R. SCOTT ALSTERDA

Date Filed (f) or Converted (c): 07/03/12 (f)

341(a) Meeting Date: 08/30/12

Claims Bar Date: 07/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo: 4343 N. Clarendon, Unit 2812, Chicago, IL | 110,000.00 | 9,600.00 | OA | 9,600.00 | FA |
| 2. Condo: 4343 N. Clarendon, Unit 2709, Chicago, IL | 70,000.00 | 7,600.00 | OA | 7,600.00 | FA |
| 3. Condo: 4343 N. Clarendon, Unit 2606, Chicago, IL | 110,000.00 | 14,400.00 | OA | 14,400.00 | FA |
| 4. Condo: 4343 N. Clarendon, Unit 2608, Chicago, IL | 75,000.00 | 7,600.00 | OA | 7,600.00 | FA |
| 5. Condo: 4343 N. Clarendon, Unit 2009, Chicago, IL | 75,000.00 | 10,300.00 | OA | 10,300.00 | FA |
| 6. Condo: 4343 N. Clarendon, Unit 1805, Chicago, IL | 110,000.00 | 14,400.00 | OA | 14,400.00 | FA |
| 7. Condo: 4343 N. Clarendon, Unit 1718, Chicago, IL | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Condo: 4250 N. Marine, Unit 2405, Chicago, IL | 65,000.00 | 2,685.00 | OA | 2,685.00 | FA |
| 9. Condo: 4318 N. Clarendon, Unit 1830, Chicago, IL | 75,000.00 | 6,400.00 | OA | 6,400.00 | FA |
| 10. Parking 4343 N. Clarendon Chicago, IL | 20,000.00 | 7,575.00 | OA | 7,575.00 | FA |
| 11. 710 W. Junior Terrace, 3rd Floor, Chicago, IL | 350,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Chase Checking account # ending in 7320 | 87.00 | 0.00 | | 0.00 | FA |
| 13. Citbank accounts ending in 6228, 7882, 6195,6244,6 | 71.01 | 0.00 | | 0.00 | FA |
| 14. Sofa, TV, Bookcases, tables lamps, dining room tab | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Books, family photos, posters, old record albums a | 100.00 | 0.00 | | 0.00 | FA |
| 16. Normal wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 17. Costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 18. exercise bike and digital camera | 100.00 | 0.00 | | 0.00 | FA |
| 19. Merrill Lynch IRA ending in 5830 | 199,000.00 | 0.00 | | 0.00 | FA |
| 20. Merrill Lynch - Roth IRA ending in 2T 49 | 28.00 | 0.00 | | 0.00 | FA |
| 21. Defined benefit pension from ABA - monthly amount | 1,238.00 | 0.00 | | 0.00 | FA |
| 22. Nuns4Fun Entertainment, Inc (100%) | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Quade Productions, Ltd. (100% ownership) | 0.00 | 0.00 | OA | 0.00 | FA |
| 24. Windy City Media Group (Small interest) | 0.00 | 0.00 | OA | 0.00 | FA |
| 25. Quade Donovan Entertainment (dissolved by order of | 0.00 | 0.00 | OA | 0.00 | FA |
| 26. Royalties withheld by Entertainment Events from 20 | 42,024.00 | 0.00 | OA | 0.00 | FA |
| 27. Amended Judgment against Maripat Donovan entered o | 346,995.00 | 0.00 | OA | 0.00 | FA |
| 28. Beneficial Interest in Self Settled Trust Trust ow | 270,000.00 | 0.00 | OA | 0.00 | FA |
| 29. Lawsuit against Ronald Gertzman for legal malpract | 0.00 | 13,500.00 | | 13,500.00 | FA |
| 30. Multiple copyrights and trademarks (see attachment | 0.00 | 0.00 | OA | 0.00 | FA |
| 31. Retained license in Late Nite Catechism - licensed | 0.00 | 0.00 | OA | 0.00 | FA |
| 32. License for Late Nite Catechism licensed to Entert | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 33. 1.675% in royalties of sequals to Late Nite Catech | 0.00 | 0.00 | OA | 0.00 | FA |
| 34. 1998 Lincoln Continental - 159,000 miles, fair con | 2,325.00 | 0.00 | | 0.00 | FA |
| 35. 1969 Lincoln Continental (does not run) | 0.00 | 0.00 | | 0.00 | FA |
| 36. Luggage, glassware, ornaments, vacuum cleaner | 500.00 | 0.00 | | 0.00 | FA |
| 37. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 38. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. Settlement of Post Petition Rents/Assessments (u) | 0.00 | 29,000.00 | | 29,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,069,218.01   $123,060.00   $123,060.00   $0.00

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-26779    TAB    Judge: TIMOTHY A. BARNES | Trustee Name:   R. SCOTT ALSTERDA | |
| Case Name: | QUADE, VICTORIA C | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | | 341(a) Meeting Date: | 08/30/12 |
| | | Claims Bar Date: | 07/26/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 12/31/15

/s/    R. SCOTT ALSTERDA

_____ Date: 01/28/16

R. SCOTT ALSTERDA

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-26779 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | QUADE, VICTORIA C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9867 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3730 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/01/12 | 2 | Pascal Yazbeck 4343 N. Clarendon, Apt. 2709 Chicago, IL 60613 | RENT OCT 2012 (NO. 914) October 2012 Rent | 1122-000 | 800.00 | | 800.00 |
| 11/01/12 | 4 | Caroline A. Thompson 660 Buchanan Lane Longmont, CO 80501 | RENT OCT 2012 (NO. 1082) October 2012 Rent | 1122-000 | 950.00 | | 1,750.00 |
| 11/01/12 | 10 | Donna Zahdan Ziyadeh Zahdan 4343 N. Clarendon Ave., Unit 607 Chicago, IL 60613 | PARKING JULY-OCT 2012 (NO. 1007) | 1122-000 | 600.00 | | 2,350.00 |
| 11/01/12 | 10 | Mary P. Casey | PARKING OCT 2012 (NO. 7567) | 1122-000 | 150.00 | | 2,500.00 |
| 11/01/12 | 5 | Byung G. Kim 4200 W. Lake Ave., C207 Glenview, IL 60025 | RENT OCT 2012 (NO. 233) | 1122-000 | 950.00 | | 3,450.00 |
| 11/01/12 | 3 | Madeleine J M Yanaga 828 Oak St. Winnetka, IL 60093 | RENT OCT 2012 (NO.1118) | 1122-000 | 1,200.00 | | 4,650.00 |
| 11/01/12 | 1 | Jennifer Baysinger 1555 N. Milwaukee Ave., Apt. 24 Chicago, IL 60622-2010 | RENT OCT 2012 (NO. 104) | 1122-000 | 1,200.00 | | 5,850.00 |
| 11/01/12 | 8 | Lindsey Greenleaf 4250 N. Marine Dr. Apt. 2405 Chicago, IL 60613-1735 | RENT OCT 2012 (NO. 1187) | 1122-000 | 895.00 | | 6,745.00 |
| 11/01/12 | 9 | Freddy I. Fonseca 4318 N. Clarendon Ave., Apt. 1830 Chicago, IL 60613-1527 | RENT SEPT 2012 (NO. 1009) | 1122-000 | 1,250.00 | | 7,995.00 |
| 11/01/12 | 10 | Chase (FBO Wayne B. Canary) PO Box 659740 San Antonio, TX 78265 | PARKING OCT 2012 (NO. 2173) | 1122-000 | 150.00 | | 8,145.00 |
| * 11/01/12 | 6 | Michael Chesler 2144 N. Lincoln Park W Apt 25A Chicago, IL 60614-4643 | RENT OCT 2012 (NO. 1009) | 1122-003 | 1,200.00 | | 9,345.00 |
| * 11/20/12 | 6 | Michael Chesler 2144 N. Lincoln Park W Apt 25A Chicago, IL 60614-4643 | RENT OCT 2012 (NO. 1009) Returned - closed account | 1122-003 | -1,200.00 | | 8,145.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.98 | 8,140.02 |
| 12/14/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,128.02 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.18 | 8,122.84 |
| 01/31/13 | 4 | Caroline A. Thompson 660 Buchanan Lane Longmont, OH 80501 | Rent Jan 2013 | 1122-000 | 950.00 | | 9,072.84 |
| 01/31/13 | 6 | Remitter:  Michael Chesler JPMorgan Chase Bank, N.A. Columbus, OH | Rent Jan 2013 | 1122-000 | 1,200.00 | | 10,272.84 |
| 01/31/13 | 5 | Byung G. Kim 4200 W. Lake Ave., #C207 Glenview, IL 60025 | Rent Jan 2013 | 1122-000 | 950.00 | | 11,222.84 |
| 01/31/13 | 2 | Pascal Yazbeck 4343 N. Clarendon, Apt. 2709 | Rent Jan 2013 | 1122-000 | 800.00 | | 12,022.84 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-26779 -TAB | |
| Case Name: | QUADE, VICTORIA C | |
| | | |
| Taxpayer ID No: | *******3730 | |
| For Period Ending: | 01/28/16 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60613 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 12,010.77 |
| 03/07/13 | 030001 | International Sureties, Ltd. | | 2300-000 | | 9.59 | 12,001.18 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.13 | 11,985.05 |
| 03/15/13 | 4 | Caroline A. Thompson | Rent and Personal Property Sale Pro | 1122-000 | 950.00 | | 12,935.05 |
| | | 660 Buchanan Lane | ceeds | | | | |
| | | Longmont, CO 80501 | | | | | |
| 03/15/13 | 10 | Mary P. Casey | Parking Space 130 | 1122-000 | 150.00 | | 13,085.05 |
| | | | ceeds | | | | |
| 03/15/13 | 3 | Madeleine J M Yanaga | March Rent Unit 2606 | 1122-000 | 1,200.00 | | 14,285.05 |
| | | 828 Oak St. | | | | | |
| | | Winnetka, IL 60093 | | | | | |
| 03/15/13 | 8 | Lindsey Greenleaf | RENT March 2013 | 1122-000 | 895.00 | | 15,180.05 |
| | | 4250 N. Marine Drive, Apt. 2405 | | | | | |
| | | Chicago, IL 60613-1735 | | | | | |
| 03/15/13 | 10 | Wayne B. Canary | Parking Space 219 | 1122-000 | 150.00 | | 15,330.05 |
| | | 4343 N. Clarendon Ave | | | | | |
| | | Unit 705 | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.07 | 15,309.98 |
| 04/25/13 | 5 | Byung G. Kim | Rent March 15, 2013 (No. 240) | 1122-000 | 950.00 | | 16,259.98 |
| | | 4200 W. Lake Ave., #C207 | | | | | |
| | | Glenview, IL 60025 | | | | | |
| 04/25/13 | 2 | Pascal Yazbeck | Rent March 2013 (No. 928) | 1122-000 | 800.00 | | 17,059.98 |
| | | 4343 N. Clarendon, Apt. 2709 | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 04/25/13 | 3 | Madeleine J M Yanaga | Rent April 2013 (No. 1145) | 1122-000 | 1,200.00 | | 18,259.98 |
| | | 828 Oak St | | | | | |
| | | Winnetka, IL 60093 | | | | | |
| 04/25/13 | 4 | Caroline A. Thompson | RENT April 2013 (No. 1088) | 1122-000 | 950.00 | | 19,209.98 |
| | | 660 Buchanan Lane | | | | | |
| | | Longmont, CO 80501 | | | | | |
| 04/25/13 | 6 | Michael Chesler | Rent March 2013 (MO 521346) | 1122-000 | 1,200.00 | | 20,409.98 |
| 04/25/13 | 6 | Michael Chesler | Rent April 2013 (MO 521685) | 1122-000 | 1,200.00 | | 21,609.98 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 21,587.35 |
| 05/13/13 | 3 | Madeleine J M Janaga | May Rent #2606 | 1122-000 | 1,200.00 | | 22,787.35 |
| | | 828 Oak St. | | | | | |
| | | Winnetka, IL 60093 | | | | | |
| 05/13/13 | 2 | Pascal Yazbeck | Rent - April 2013 | 1122-000 | 800.00 | | 23,587.35 |
| | | 4343 N. Clarendon, Apt. 2709 | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 05/13/13 | 5 | Byung G. Kim | Rent - May 2013 | 1122-000 | 950.00 | | 24,537.35 |
| | | 4200 W. Lake Ave., #C207 | | | | | |
| | | Glenview, IL 60025 | | | | | |
| 05/13/13 | 6 | Michael Chesler | Rent - May 2013 | 1122-000 | 1,200.00 | | 25,737.35 |
| | | Montrose Ravenswood Currency Exchange | | | | | |
| | | (Money Order) | | | | | |
| 05/13/13 | 10 | Mary P. Casey | Parking - 4343 #130 | 1122-000 | 150.00 | | 25,887.35 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-26779 -TAB |
| Case Name: | QUADE, VICTORIA C |
| Taxpayer ID No: | *******3730 |
| For Period Ending: | 01/28/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/13/13 | 10 | Donna Zahdan<br>Ziyadeh Zahdan<br>4343 N. Clarendon Ave., Unit 607<br>Chicago, IL 60613 | Parking: 4343-Feb Mar Apr '13 | 1122-000 | 450.00 | | 26,337.35 |
| 05/13/13 | 10 | Wayne B. Canary<br>4343 N. Clarendon Ave., Unit 705<br>Chicago, IL 60613-1595 | Parking: 4343 #219 | 1122-000 | 150.00 | | 26,487.35 |
| 05/13/13 | 8 | Lindsey Greenleaf<br>4250 N. Marine Dr., Apt. 2405<br>Chicago, IL 60613-1735 | Rent - May 2013 Marine 2405 | 1122-000 | 895.00 | | 27,382.35 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.09 | 27,345.26 |
| 07/02/13 | 5 | Byung G. Kim<br>4200 W. Lake Ave., #C207<br>Glenview, IL 60025 | Rent Apt. 2009 | 1122-000 | 950.00 | | 28,295.26 |
| 07/02/13 | 10 | Wayne B. Canary<br>4343 N. Clarendon Ave.<br>Unit 705<br>Chicago, IL 60613-1595 | Parking 219 | 1122-000 | 150.00 | | 28,445.26 |
| 07/02/13 | 3 | Madeleine J M Yanaga<br>828 Oak St.<br>Winnetka, IL 60093 | Rent June #2606 | 1122-000 | 1,200.00 | | 29,645.26 |
| 07/02/13 | 10 | PB Sucherman<br>4343 N. Clarendon Ave.<br>Apt. 1416<br>Chicago, IL 60613-1584 | Parking #300 June & July | 1122-000 | 300.00 | | 29,945.26 |
| 07/02/13 | 10 | Mary P. Casey | Parking #130 June | 1122-000 | 150.00 | | 30,095.26 |
| 07/02/13 | 6 | I. A. Chesler<br>2144 N. Lincoln Park W<br>Apt. 25A<br>Chicago, IL 60614-4641 | Rent June #1805 | 1122-000 | 1,200.00 | | 31,295.26 |
| 07/02/13 | 10 | Tara M. Roberts<br>4343 N. Clarendon Ave.<br>Apt 1804<br>Chicago, IL 60613-1589 | Parking June | 1122-000 | 75.00 | | 31,370.26 |
| 07/02/13 | 2 | Pascal Yazbeck<br>4343 N. Clarendon<br>Apt. 2709<br>Chicago, IL 60613 | Rent June | 1122-000 | 800.00 | | 32,170.26 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.34 | 32,130.92 |
| 08/05/13 | 1 | Maria Valdes Trejo<br>5429 Park Meadow Drive<br>Madison, WI 53704 | Rent July 2013 Unit 2812 | 1122-000 | 1,200.00 | | 33,330.92 |
| 08/05/13 | 3 | Madeleine J M Yanaga<br>828 Oak St.<br>Winnetka, IL 60093 | Rent July 2013 Unit 2606 | 1122-000 | 1,200.00 | | 34,530.92 |
| 08/05/13 | 6 | Michael Chesler<br>2144 N. Lincoln Park W Apt 25A<br>Chicago, IL 60614-4643 | Rent July 2013 Unit 1805 | 1122-000 | 1,200.00 | | 35,730.92 |
| 08/05/13 | 10 | Wayne B. Canary<br>4343 N. Clarendon Ave., Unit 705<br>Chicago, IL 60613-1595 | Parking July 2013 #219 | 1122-000 | 150.00 | | 35,880.92 |

FORM 2                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-26779 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | QUADE, VICTORIA C | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3730 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/13 | 10 | Mary P. Casey | Parking July 2013 #130 | 1122-000 | 150.00 | | 36,030.92 |
| 08/05/13 | 10 | Tara M. Roberts | Parking July 2013 #15 | 1122-000 | 150.00 | | 36,180.92 |
| | | 4343 N. Clarendon Ave. | | | | | |
| | | Apt 1804 | | | | | |
| | | Chicago, IL 60613-1589 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.31 | 36,133.61 |
| 08/28/13 | 9 | Mary P. Casey | Parking 130 | 1122-000 | 150.00 | | 36,283.61 |
| 08/28/13 | 10 | Tara M. Roberts | Parking 16 | 1122-000 | 150.00 | | 36,433.61 |
| | | 4343 N. Clarendon Ave. | | | | | |
| | | Apt 1804 | | | | | |
| | | Chicago, IL 60613-1589 | | | | | |
| 08/28/13 | 10 | PB Sucherman | Parking #300 Aug & Sept | 1122-000 | 300.00 | | 36,733.61 |
| | | 4343 N. Clarendon Ave. | | | | | |
| | | Apt. 1416 | | | | | |
| | | Chicago, IL 60613-1584 | | | | | |
| 08/28/13 | 10 | Donna Zahdan | Parking May thru August | 1122-000 | 600.00 | | 37,333.61 |
| | | Ziyadeh Zahdan | | | | | |
| | | 4343 N. Clarendon Ave., Unit 607 | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 08/28/13 | 5 | Sandi M. Guon | Rent August | 1122-000 | 925.00 | | 38,258.61 |
| | | 4343 N. Clarendon Ave., Apt 2009 | | | | | |
| | | Chicago, IL 60613-1589 | | | | | |
| 08/28/13 | 4 | Ashley Kelley | Rent August | 1122-000 | 950.00 | | 39,208.61 |
| | | 10933 Duncan Street | | | | | |
| | | Seminole, FL 33772-2931 | | | | | |
| 08/28/13 | 3 | Madeleine J M Yanaga | Rent August #2606 | 1122-000 | 1,200.00 | | 40,408.61 |
| | | 828 Oak St. | | | | | |
| | | Winnetka, IL 60093 | | | | | |
| 08/28/13 | 6 | Michael Chesler | Rent Apt. 1805 | 1122-000 | 200.00 | | 40,608.61 |
| | | Montrose Ravenswood Currency Exchange | | | | | |
| | | (Money Order) | | | | | |
| 08/28/13 | 6 | Michael Chesler | Rent August 1805 | 1122-000 | 1,000.00 | | 41,608.61 |
| | | Montrose Ravenswood Currency Exchange | | | | | |
| | | (Money Order) | | | | | |
| 08/28/13 | 1 | Javier Davila (Apt. 2812) | Rent Aug | 1122-000 | 1,200.00 | | 42,808.61 |
| | | PNC Bank | | | | | |
| | | Cashier's Check | | | | | |
| 08/28/13 | 10 | Wayne B. Canary | Parking #219 | 1122-000 | 150.00 | | 42,958.61 |
| | | 4343 N. Clarendon Ave., Unit 705 | | | | | |
| | | Chicago, IL 60613-1595 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.40 | 42,905.21 |
| 09/27/13 | 29 | Ronald S. Gertzman | 1st settlement payment | 1149-000 | 1,500.00 | | 44,405.21 |
| | | 205 W. Randolph St., Suite 401 | | | | | |
| | | Chicago, IL 60606-1834 | | | | | |
| 10/03/13 | 10 | Tara M. Roberts | Parking (Apt. 1804) | 1122-000 | 150.00 | | 44,555.21 |
| | | 4343 N. Clarendon Ave. | | | | | |
| | | Apt 1804 | | | | | |
| | | Chicago, IL 60613-1589 | | | | | |
| 10/03/13 | 5 | Sandi M. Guon | Rent Sept Apt 2009 | 1122-000 | 925.00 | | 45,480.21 |
| | | 4343 N. Clarendon Ave., Apt 2009 | | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-26779 -TAB |
| Case Name: | QUADE, VICTORIA C |
| Taxpayer ID No: | *******3730 |
| For Period Ending: | 01/28/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60613-1589 | | | | | |
| 10/03/13 | 3 | Madeleine J M Yanaga<br>828 Oak St.<br>Winnetka, IL 60093 | Rent Sept Apt 2606 | 1122-000 | 1,200.00 | | 46,680.21 |
| 10/03/13 | 10 | Mary P. Casey | Parking Space 130 (Apt 4343) | 1122-000 | 150.00 | | 46,830.21 |
| * 10/03/13 | | Ashley Kelley (Apt. 2608)<br>10933 Duncan Street<br>Seminole, FL 33772-2931 | Rent Sept Apt 2608 returned for NSF<br>Check returned on 10-10-13 for NSF | 1122-003 | 950.00 | | 47,780.21 |
| 10/03/13 | 6 | Michael Chesler<br>Apt 1805 | Rent Sept Apt 1805 | 1122-000 | 1,200.00 | | 48,980.21 |
| 10/03/13 | 1 | Javier Davila (Apt. 2812)<br>PNC Bank<br>Cashier's Check | Rent Apt. 2812 | 1122-000 | 1,200.00 | | 50,180.21 |
| 10/03/13 | 10 | Wayne B. Canary<br>4343 N. Clarendon Ave., Unit 705<br>Chicago, IL 60613-1595 | Parking 219 | 1122-000 | 150.00 | | 50,330.21 |
| 10/03/13 | 2 | Jordan D. Muzzarelli (# 2709)<br>3645 N. Paulina St., Apt G<br>Chicago, IL 60613-3623 | Rent # 2709 | 1122-000 | 900.00 | | 51,230.21 |
| 10/03/13 | 9 | Ashten L. Burris (# 4318)<br>109 Benchmark<br>Georgetown, TX 78626 | Rent # 4318 N. Clarendon | 1122-000 | 1,250.00 | | 52,480.21 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.81 | 52,418.40 |
| 10/17/13 | 29 | Ronald S. Gertzman<br>205 W. Randolph St., Ste. 401<br>Chicago, IL 60606-1834 | Settlement Funds | 1149-000 | 3,000.00 | | 55,418.40 |
| * 10/18/13 | | Ashley Kelley (Apt. 2608)<br>10933 Duncan Street<br>Seminole, FL 33772-2931 | Rent Sept Apt 2608 | 1122-003 | -950.00 | | 54,468.40 |
| 10/18/13 | 10 | Mary P. Casey | Parking Oct #130 | 1122-000 | 150.00 | | 54,618.40 |
| 10/18/13 | 10 | Tara M. Roberts<br>Brent R. Hall<br>4343 N. Clarendon Ave.<br>Apt 1804<br>Chicago, IL 60613-1589 | Parking Oct (Apt 1804) | 1122-000 | 150.00 | | 54,768.40 |
| 10/18/13 | 5 | Sandi M. Guon<br>4343 N. Clarendon Ave., Apt 2009<br>Chicago, IL 60613-1589 | Rent Oct Apt 2009 | 1122-000 | 925.00 | | 55,693.40 |
| 10/18/13 | 6 | Michael Chesler (Apt. 1805)<br>Montrose Ravenswood Currency Exchange<br>(Money Order) | Rent Oct Apt 1805 | 1122-000 | 1,200.00 | | 56,893.40 |
| 10/18/13 | 9 | Ashten L. Burris (# 1830)<br>109 Benchmark<br>Georgetown, TX 78626 | Rent Oct Apt. 1830 | 1122-000 | 1,250.00 | | 58,143.40 |
| 10/18/13 | 3 | Madeleine J M Yanaga (#2606)<br>828 Oak St.<br>Winnetka, IL 60093 | Rent Oct Apt. 2606 | 1122-000 | 1,200.00 | | 59,343.40 |
| 10/18/13 | 4 | Ashley Kelley (Apt. 2608)<br>4343 N. Clarendon<br>Chicago, IL 60613 | Rent Oct Apt. 2608 | 1122-000 | 950.00 | | 60,293.40 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-26779 -TAB | |
| Case Name: | QUADE, VICTORIA C | |
| | | |
| Taxpayer ID No: | *******3730 | |
| For Period Ending: | 01/28/16 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/13 | 1 | Javier Davila (Apt. 2812) PNC Bank Cashier's Check | Rent Oct Apt. 2812 | 1122-000 | 1,200.00 | | 61,493.40 |
| 10/18/13 | 10 | Wayne B. Canary 4343 N. Clarendon Ave., Unit 705 Chicago, IL 60613-1595 | Parking Oct #219 | 1122-000 | 150.00 | | 61,643.40 |
| 10/28/13 | 2 | Jordan D. Muzzarelli (# 2709) 3645 N. Paulina St., Apt G Chicago, IL 60613-3623 | Rent Oct 2013 Unit 2709 | 1122-000 | 900.00 | | 62,543.40 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.69 | 62,461.71 |
| 11/18/13 | 6 | Michael Chesler Montrose Ravenswood Currency Exchange (Money Order) | Nov. 2013 Rent #1805 | 1122-000 | 1,200.00 | | 63,661.71 |
| 11/18/13 | 3 | Madeleine J M Janaga 828 Oak St. Winnetka, IL 60093 | Nov 2013 Rent #2606 | 1122-000 | 1,200.00 | | 64,861.71 |
| 11/18/13 | 9 | Ashten L. Burris (# 1830) 109 Benchmark Georgetown, TX 78626 | Nov. 2013 Rent #1830 | 1122-000 | 1,250.00 | | 66,111.71 |
| 11/18/13 | 10 | PB Sucherman 4343 N. Clarendon Ave. Apt. 1416 Chicago, IL 60613-1584 | Parking Nov. Dec. 2013 #300 | 1122-000 | 300.00 | | 66,411.71 |
| 11/18/13 | 10 | Mary P. Casey | Parking Nov. 2013 #130 | 1122-000 | 150.00 | | 66,561.71 |
| 11/18/13 | 10 | Tara M. Roberts Brent R. Hall 4343 N. Clarendon Ave. Apt 1804 Chicago, IL 60613-1589 | Parking Nov 2013 #15 | 1122-000 | 150.00 | | 66,711.71 |
| 11/18/13 | 10 | Donna Zahdan Ziyadeh Zahdan 4343 N. Clarendon Ave., Unit 607 Chicago, IL 60613 | Parking Sept Oct 2013 #57 | 1122-000 | 300.00 | | 67,011.71 |
| 11/18/13 | 5 | Sandi M. Guon 4343 N. Clarendon Ave., Apt 2009 Chicago, IL 60613-1589 | Rent Nov 2013 #2009 | 1122-000 | 925.00 | | 67,936.71 |
| 11/18/13 | 1 | Javier Davila (Apt. 2812) PNC Bank Cashier's Check | Rent Nov 2013 #2812 | 1122-000 | 1,200.00 | | 69,136.71 |
| 11/18/13 | 10 | Wayne B. Canary 4343 N. Clarendon Ave., Unit 705 Chicago, IL 60613-1595 | Parking Nov 2013 #219 | 1122-000 | 150.00 | | 69,286.71 |
| 11/18/13 | 4 | Ashley Kelley (Apt. 2608) 4343 N. Clarendon Chicago, IL 60613 | Rent Replacement Ck Oct 2013 #2608 | 1122-000 | 950.00 | | 70,236.71 |
| 11/18/13 | 4 | Ashley Kelley (Apt. 2608) 4343 N. Clarendon Chicago, IL 60613 | Rent Nov. 2013 #2608 | 1122-000 | 950.00 | | 71,186.71 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.88 | 71,091.83 |
| 12/11/13 | 3 | Madeleine J M Yanaga (#2606) | Rent Dec 2013 #2606 | 1122-000 | 1,200.00 | | 72,291.83 |

FORM 2    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-26779 -TAB |
| Case Name: | QUADE, VICTORIA C |
| Taxpayer ID No: | *******3730 |
| For Period Ending: | 01/28/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 828 Oak St.<br>Winnetka, IL 60093 | | | | | |
| 12/11/13 | 5 | Sandi M. Guon<br>4343 N. Clarendon Ave., Apt 2009<br>Chicago, IL 60613-1589 | Rent Dec 2013 #2009 | 1122-000 | 925.00 | | 73,216.83 |
| 12/11/13 | 9 | Ashten L. Burris (# 1830)<br>109 Benchmark<br>Georgetown, TX 78626 | Rent Dec 2013 #1830 | 1122-000 | 1,250.00 | | 74,466.83 |
| 12/11/13 | 10 | Mary P. Casey | Parking Dec 2013 #130 | 1122-000 | 150.00 | | 74,616.83 |
| 12/11/13 | 10 | Tara M. Roberts<br>Brent R. Hall<br>4343 N. Clarendon Ave.<br>Apt 1804<br>Chicago, IL 60613-1589 | Parking Dec 2013 #15 | 1122-000 | 150.00 | | 74,766.83 |
| 12/11/13 | 2 | Jordan D. Muzzarelli (# 2709)<br>3645 N. Paulina St., Apt G<br>Chicago, IL 60613-3623 | Rent Nov 2013 #2709 | 1122-000 | 900.00 | | 75,666.83 |
| 12/11/13 | 6 | Michael Chesler<br>Montrose Ravenswood Currency Exchange<br>(Money Order) | Rent Dec 2013 #1805 | 1122-000 | 1,200.00 | | 76,866.83 |
| 12/11/13 | 1 | Javier Davila (Apt. 2812)<br>PNC Bank<br>Cashier's Check | Rent Dec 2013 #2812 | 1122-000 | 1,200.00 | | 78,066.83 |
| 12/11/13 | 10 | Wayne B. Canary<br>4343 N. Clarendon Ave., Unit 705<br>Chicago, IL 60613-1595 | Parking Dec 2013 #219 | 1122-000 | 150.00 | | 78,216.83 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.50 | 78,104.33 |
| 01/10/14 | 1 | Javier Davila (Apt. 2812)<br>PNC Bank<br>Cashier's Check | Rent Jan 2014 #2813 (1/2 payment) | 1122-000 | 600.00 | | 78,704.33 |
| 01/10/14 | 1 | Javier Davila (Apt. 2812)<br>PNC Bank<br>Cashier's Check | Rent Jan 2014 #2812 (1/2 payment) | 1122-000 | 600.00 | | 79,304.33 |
| 01/10/14 | 2 | Jordan D. Muzzarelli (# 2709)<br>3645 N. Paulina St., Apt G<br>Chicago, IL 60613-3623 | Rent Dec 2013 #2709 | 1122-000 | 900.00 | | 80,204.33 |
| 01/10/14 | 10 | Tara M. Roberts<br>Brent R. Hall<br>4343 N. Clarendon Ave.<br>Apt 1804<br>Chicago, IL 60613-1589 | Parking Jan 2014 #15 | 1122-000 | 150.00 | | 80,354.33 |
| 01/10/14 | 3 | Madeleine J M Yanage (#2606)<br>828 Oak St.<br>Winnetka, IL 60093 | Rent Jan 2014 #2606 | 1122-000 | 1,200.00 | | 81,554.33 |
| 01/10/14 | 5 | Sandi M. Guon<br>4343 N. Clarendon Ave.<br>Chicago, IL 60613-1596 | Rent Jan 2014 #2009 | 1122-000 | 925.00 | | 82,479.33 |
| 01/10/14 | 6 | Michael Chesler #1805<br>Montrose Ravenswood Currency Exchange<br>(Money Order) | Rent Jan 2014 #1805 | 1122-000 | 1,200.00 | | 83,679.33 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 12-26779 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | QUADE, VICTORIA C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9867 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3730 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/14 | 10 | Mary P. Casey | Parking Jan 2014 #130 | 1122-000 | 150.00 | | 83,829.33 |
| 01/10/14 | 10 | Donna Zahdan | Parking Nov-Dec 2013, Jan 2014 #57 | 1122-000 | 450.00 | | 84,279.33 |
| | | Ziyadeh Zahdan | | | | | |
| | | 4343 N. Clarendon Ave., Unit 607 | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 01/10/14 | 10 | Wayne B. Canary | Parking Jan 2014 #219 | 1122-000 | 150.00 | | 84,429.33 |
| | | 4343 N. Clarendon Ave., Unit 705 | | | | | |
| | | Chicago, IL 60613-1595 | | | | | |
| * 01/29/14 | 030002 | 4343 Clarendon Condominium Association | Administrative Expenses [Dkt. 228] | 7990-003 | | 50,304.08 | 34,125.25 |
| | | c/o David C. Hartwell | | | | | |
| | | Penland & Hartwell, LLC | | | | | |
| | | 1 N. LaSalle Street, 38th Floor | | | | | |
| | | Chicago, IL 60602 | | | | | |
| * 01/31/14 | 030002 | 4343 Clarendon Condminium Association | Administrative Expenses [Dkt. 228] | 7990-003 | | -50,304.08 | 84,429.33 |
| | | c/o David C. Hartwell | Condominium spelled wrong | | | | |
| | | Penland & Hartwell, LLC | | | | | |
| | | 1 N. LaSalle Street, 38th Floor | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/31/14 | 030003 | 4343 Clarendon Condominium Association | Administrative Expenses [Dkt. 263] | 2420-000 | | 50,304.08 | 34,125.25 |
| | | c/o David C. Hartwell | | | | | |
| | | Penland & Hartwell, LLC | | | | | |
| | | 1 N. LaSalle Street, 38th Floor | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.89 | 34,003.36 |
| 02/10/14 | 030004 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 27.63 | 33,975.73 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/25/14 | 29 | Ronald S. Gertzman | Balance of Settlement | 1149-000 | 9,000.00 | | 42,975.73 |
| | | 205 W. Randolph St., Ste.401 | | | | | |
| | | Chicago, IL 60606-1834 | | | | | |
| 02/28/14 | 40 | Victoria Quade | Settlement  [Dkt. 261] | 1249-000 | 29,000.00 | | 71,975.73 |
| | | 710 W. Junior Ter | | | | | |
| | | Chicago, IL 60613 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.49 | 71,861.24 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 152.30 | 71,708.94 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 103.19 | 71,605.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.46 | 71,499.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.87 | 71,396.42 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.15 | 71,290.27 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 105.99 | 71,184.28 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.42 | 71,081.86 |
| 12/22/14 | 030005 | Illinois Department of Revenue | FEIN 46-6313730 AND 2013 IL1041-V | 2820-000 | | 22.00 | 71,059.86 |
| | | PO Box 19053 | | | | | |
| | | Springfield, IL 62794-9053 | | | | | |
| 02/20/15 | 030006 | Arthur B. Levine Company | Bond #10BSBGR6291 | 2300-000 | | 39.85 | 71,020.01 |
| | | Attention Maria Sponza | | | | | |
| | | 60 East 42nd Street, Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |

FORM 2                                                                                          Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-26779  -TAB |
| Case Name: | QUADE, VICTORIA C |
| Taxpayer ID No: | *******3730 |
| For Period Ending: | 01/28/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9867  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
† Funds Transfer

| | | | | | | |
|---|---|---|---|---|---|---|
| Account | | Balance Forward | 0.00 | | | |
| *******9867 | 116 | Deposits | 123,060.00 | 7 | Checks | 50,403.15 |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 1,636.84 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  123,060.00 | | | |
| | | | | | Total | $  52,039.99 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  123,060.00 | | | |

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 01/28/16
                     R. SCOTT ALSTERDA

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   12-26779
Debtor Name:   QUADE, VICTORIA C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001 3110-00 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Administrative | $0.00 | $56,515.00 | $56,515.00 |
| 001 3120-00 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Administrative | $0.00 | $126.12 | $126.12 |
| 001 3310-00 | Popowcer Katten, Ltd. c/o Lois West 35 East Wacker Drive Suite 1550 Chicago, IL 60601-2124 | Administrative | $0.00 | $3,250.00 | $3,250.00 |
| 999 2820-00 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | Administrative | $0.00 | $22.00 | $22.00 |
| 000 2200-00 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Administrative | $0.00 | $247.85 | $247.85 |
| 000 2100-00 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Administrative | $0.00 | $9,403.00 | $9,403.00 |
| 000002B 999 2410-00 | 4343 Clarendon Condominium Association c/o David C. Hartwell Penland & Hartwell, LLC 1 N. LaSalle Street, 38th Floor Chicago, IL 60602 | Administrative   Docket Entry 263 dated 01-29-2014 | $0.00 | $50,304.08 | $50,304.08 |
| BOND 999 2300-00 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative | $0.00 | $37.22 | $37.22 |
| BOND 999 2300-00 | Arthur B. Levine Company Attention Maria Sponza 60 East 42nd Street, Room 965 New York, New York 10165 | Administrative | $0.00 | $39.85 | $39.85 |
| 000001B 070 7100-00 | Entertainment Events, Inc. Paul H Scheuerlein, Esq. Gaido & Fintzen 30 N LaSalle St., Ste 3010 Chicago, IL 60602 | Unsecured | $132,920.31 | $132,920.31 | $132,920.31 |
| 000004 070 7100-00 | Portfolio Recovery Associates, LLC successor to Capital One NA(HSBC Bank) by PRA Receivables Mgmt LLC POB 41067 | Unsecured   (4-1) modified on 8/1/13 to correct creditor name(dg) | $8,281.00 | $8,514.84 | $8,514.84 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 28, 2016

Case Number: 12-26779
Debtor Name: QUADE, VICTORIA C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Norfolk VA 23541 | | | | | |
| 000005 070 7100-00 | Ronald Gertzman c/o Kenneth E. Kaiser 502 N. Plum Grove Rd. Palatine, IL 60067 | Unsecured | Withdrawn 10-17-2013 Docket Entry 223 | $0.00 | $15,000.00 | $0.00 |
| 000001A 050 4120-00 | Entertainment Events, Inc. Paul H Scheuerlein, Esq. Gaido & Fintzen 30 N LaSalle St., Ste 3010 Chicago IL 60602 | Secured | (1-1) modified on 8/1/13 to correct creditor address(dg) | $811,519.47 | $811,519.47 | $811,519.47 |
| 000002A 050 4120-00 | 4343 Clarendon Condominium Association c/o Penland & Hartwell, LLC 1 North LaSalle Street, 38th Floor Chicago, Illinois 60602 | Secured | Withdrawn Dkt 270 dated 2-7-14 ($3,762.16)  (2-1) For Condominium Units 1718, 1805, 2009, 2606, 2709, 2812 (2-1) 3762.16 as of the July 3, 2012 and  37,377.40 as of July 9, 2013 | $0.00 | $0.00 | $0.00 |
| 000003 050 4120-00 | Inland Commercial Property Management, Inc. c/o Kevin W Baldwin Daley Mohan Groble PC 55 W Monroe St., Ste 1600 Chicago IL 60633 | Secured | (3-1) Judgment entered 2/18/2010 in Circuit Court of Cook County Illinois | $150,000.00 | $201,009.36 | $201,009.36 |
| 000006 050 4110-00 | CitiMortgage, Inc. POB 6030 Sioux Falls SD 57117 | Secured | (6-1) modified on 12/14/13 to correct creditor address(dg)(6-2) Incorrect PDF filer notified to refile.12/14/13 (DG) | $85,112.00 | $85,473.60 | $85,473.60 |
| | Case Totals: | | | $1,187,832.78 | $1,374,382.70 | $1,359,382.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-26779
Case Name: QUADE, VICTORIA C
Trustee Name: R. SCOTT ALSTERDA

| | Balance on hand | $ | 71,020.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Entertainment Events, Inc. | $ 811,519.47 | $ 811,519.47 | $ 0.00 | $ 0.00 |
| 000002A | 4343 Clarendon Condominium Association | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Inland Commercial Property Management, Inc. | $ 201,009.36 | $ 201,009.36 | $ 0.00 | $ 0.00 |
| 000006 | CitiMortgage, Inc. | $ 85,473.60 | $ 85,473.60 | $ 0.00 | $ 0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 71,020.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 9,403.00 | $ 0.00 | $ 9,403.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 247.85 | $ 0.00 | $ 247.85 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 56,515.00 | $ 0.00 | $ 56,515.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 126.12 | $ 0.00 | $ 126.12 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Other: 4343 Clarendon Condominium Association | $ 50,304.08 | $ 50,304.08 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 22.00 | $ 22.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 39.85 | $ 39.85 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 37.22 | $ 37.22 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        69,541.97

Remaining Balance        $        1,478.04


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 141,435.15  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Recovery Associates, LLC | $ 8,514.84 | $ 0.00 | $ 88.98 |
| 000005 | Ronald Gertzman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000001B | Entertainment Events, Inc. | $ 132,920.31 | $ 0.00 | $ 1,389.06 |

Total to be paid to timely general unsecured creditors        $       1,478.04

Remaining Balance        $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE