IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: VICTORIA C. QUADE ) | CHAPTER 7 |
| ) | |
| DEBTOR ) | Case No. 12-26779 |
| ) | |
| ) | HON. TIMOTHY A. BARNES |
| ) | |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to: R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: October 22, 2014

Period for Which
Compensation is Sought: From December 8, 2014 through December 22, 2015

Amount of Fees Sought: $ 3,250.00

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application_____  Final Application__X__

Previous applications / allowances of this applicant:

Fees Sought:_ NONE         Fees Allowed:_ NONE
Costs Sought:_ NONE        Costs Allowed:_ NONE

Applicant:

Date: December 22, 2015

By: /s/ Lois West

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  VICTORIA C. QUADE ) CASE NO. 12-26779
)
) CHAPTER 7 CASE
)
) JUDGE TIMOTHY A. BARNES
DEBTOR )

TO: THE HONORABLE TIMOTHY A. BARNES
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on July 3, 2012 and this Court on October 22, 2014 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $ 3,250.00 in compensation for 13.0 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period December 8, 2014 through December 22, 2015.

3. A description of the nature of the services rendered by the Applicant is as follows:

Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the year ended December 31, 2013 and final year ended December 31, 2014 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 13.0 | $250 | $ 3,250.00 |
| Total | 13.0 |  | $ 3,250.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $ 3,250.00 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: December 22, 2015                    RESPECTFULLY SUBMITTED,

*[signature: Lois West]*

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124