# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| QUADE, VICTORIA C | § | Case No. 12-26779 TAB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   219 South Dearborn Street
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held on Tuesday, March 8, 2016 at 10:30 a.m. in Courtroom 744, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

   If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2016          By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
QUADE, VICTORIA C                   §    Case No. 12-26779 TAB
                                    §
    Debtor                          §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 123,060.00 |
| and approved disbursements of | $ | 52,039.99 |
| leaving a balance on hand of[1] | $ | 71,020.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001A | Entertainment Events, Inc. | $ 811,519.47 | $ 811,519.47 | $ 0.00 | $ 0.00 |
| 000002A | 4343 Clarendon Condominium Association | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Inland Commercial Property Management, Inc. | $ 201,009.36 | $ 201,009.36 | $ 0.00 | $ 0.00 |
| 000006 | CitiMortgage, Inc. | $ 85,473.60 | $ 85,473.60 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 71,020.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 9,403.00 | $ 0.00 | $ 9,403.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 247.85 | $ 0.00 | $ 247.85 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 56,515.00 | $ 0.00 | $ 56,515.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 126.12 | $ 0.00 | $ 126.12 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Other: 4343 Clarendon Condominium Association | $ 50,304.08 | $ 50,304.08 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 22.00 | $ 22.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 39.85 | $ 39.85 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 37.22 | $ 37.22 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $         69,541.97

Remaining Balance      $          1,478.04


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 141,435.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Recovery Associates, LLC | $ 8,514.84 | $ 0.00 | $ 88.98 |
| 000005 | Ronald Gertzman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000001B | Entertainment Events, Inc. | $ 132,920.31 | $ 0.00 | $ 1,389.06 |

Total to be paid to timely general unsecured creditors    $ 1,478.04

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-26779-TAB
Victoria C Quade                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams          Page 1 of 2             Date Rcvd: Feb 11, 2016
                               Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2016.
```
db             +Victoria C Quade,    710 W. Junior Terrace,    Chicago, IL 60613-1567
20768068       +4343 Clarendon Condominium Association,    c/o Penland & Hartwell, LLC,
                 1 North LaSalle Street, 38th Floor,    Chicago, Illinois 60602-4097
19114237       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19114238       +Andre & Diokno,    1043 S. York Road,    Suite 104,    Bensenville, IL 60106-3489
19114243      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank,    Attention: Bankruptcy,    P.O. Box 20507,
                 Kansas City, MO 64915)
19148687       +Cantu, Theresa,    2442 N Burling,    Chicago IL 60614-2616
19114239       +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
19114241       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
19114240       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19114242       +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21289798       +CitiMortgage, Inc.,    Pob 6030,    Sioux Falls SD 57117-6030
19148686       +Citigold Services,    Pob 769007,    San Antonio TX 78245-9007
19114244       +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
19114247       +Daley Mohan Grobel, PC,    Attn: Kevin Baldwin,    55 W. Monroe, Suite 1600,
                 Chicago, IL 60603-5126
19148688       +Dr. Steven Sclambert,    800 Austin Street Ste 357,    Evanston IL 60202-3454
19114249       +Entertainment Events, Inc.,    Paul H Scheuerlein, Esq.,    Gaido & Fintzen,
                 30 N LaSalle St., Ste 3010,    Chicago IL 60602-2872
19114250       +Foley & Lardner, LLP,    Attn. James Dasso,    321 N. Clark, Suite 2800,
                 Chicago, IL 60654-5313
19114251       +Gaido & Fitzen,    Attn: Paul Schuerlein,    30 N. LaSalle, Suite 3010,    Chicago, IL 60602-2872
19148689       +Gertzman, Ronald,    205 W Randolph Ste 401,    Chicago IL 60606-1834
19114253       +H. D. Roseth & Assoc., Ltd.,    302 Saunders Road,    Suite 200,    Deerfield, IL 60015-3897
19449668       +Inland Commercial Property Management, Inc.,    c/o Kevin W Baldwin,    Daley Mohan Groble PC,
                 55 W Monroe St., Ste 1600,    Chicago IL 60603-5126
19114254       +Inland Real Estate Group,    2901 Butterfield Road,    Oak Brook, IL 60523-1190
19148685        JP Morgan Chase Bank,    Pob 65974,    San Antonio TX 78265
19632717       +JPMorgan Chase Bank, National Association,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19114255       +Merrill Communication,    One Merrill Circle,    Saint Paul, MN 55108-5267
19114256       +Midwest Orthopaedics,    1 Westbrook Corporate Center,    Suite 240,    Westchester, IL 60154-5745
19114257       +Pazen Law,    Attn: Thea M. Pazen,    3839 N. Kenneth Ave., Ste. 300,    Chicago, IL 60641-2815
19114259       +Quade, Victor,    8700 Wolf Road,    Willowbrook, IL 60527-7138
19114260       +Querry & Harrow,    Attn: E. Leonard Rubin,    175 W. Jackson, Suite 1600,
                 Chicago, IL 60604-2686
19114261       +Reed Smith,    10 S. Wacker Drive,    Suite 4000,    Chicago, IL 60606-7506
19114262       +Ressurection Health Care,    St. Joseph's Hospital,    2900 N. Lake Shore Drive,
                 Chicago, IL 60657-6274
20778465       +Ronald Gertzman,    c/o Kenneth E. Kaiser,    502 N. Plum Grove Rd.,    Palatine, IL 60067-8204
19114263       +Union Plus Credit Card,    PO Box 8800,    Baltimore, MD 21288-0001
19114264       +White, David,    Science Tower 630 B,    265 Church Street,    Middletown, CT 06459-3138
19114265       +White, Michael,    3902 College Main,    Apt. 316,    Bryan, TX 77801-3829
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19114245       +E-mail/Text: creditcontrolbk@firstmerchants.com Feb 12 2016 01:29:24      Citizens Financial Ser,
                 707 Ridge Rd,    Munster, IN 46321-1678
19114246       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Feb 12 2016 01:28:56      Cook County Treasurer,
                 118 N. Clark, Room 112,    Chicago, IL 60602-1590
19114252       +E-mail/Text: bknoticing@grantweber.com Feb 12 2016 01:28:41     Grant & Weber,
                 26575 W. Agoura Rd.,    Calabasas, CA 91302-1958
20774754        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2016 01:22:12
                 Portfolio Recovery Associates, LLC,    successor to Capital One NA(HSBC Bank),
                 by PRA Receivables Mgmt LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 4
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19114258        Quade Donovan Entertainment
19114248      ##+Dr. Steven Sclamberg,    800 Austin Street,    Suite 357,    Evanston, IL 60202-3454
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Feb 11, 2016
                              Form ID: pdf006              Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2016 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank, National Association
               anelson@atty-pierce.com,    northerndistrict@atty-pierce.com
              Carole G. Ruzich    on behalf of Creditor    Citizens Financial Bank carole@griffingallagher.com
              Jessica S Naples    on behalf of Creditor    CITIMORTGAGE, INC. ND-Two@il.cslegal.com
              Jyothi R Martin    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jramana@atty-pierce.com
              Jyothi R Martin    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jramana@atty-pierce.com
              Kevin W Baldwin    on behalf of Creditor    Inland Commercial Property Management, Inc.
               kbaldwin@daleymohan.com
              Mark Littlefield    on behalf of Creditor    4343 Clarendon Condo Assoc mlittlefield@penhart.com,
               lcrafton@penhart.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul H Scheuerlein    on behalf of Creditor    Entertainment Events, Inc.
               pscheuerlein@gaido-fintzen.com,    lynette@g-f.co;ecf@g-f.co
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@nixonpeabody.com
              R Scott Alsterda    rsalsterda@nixonpeabody.com,    ralsterda@ecf.epiqsystems.com
              Sean M. Sullivan    on behalf of Creditor    Inland Commercial Property Management, Inc.
               ssullivan@daleymohan.com
              Sidney  Margolis    on behalf of Plaintiff Victoria C. Quade sidsume@sbcglobal.net
              Sidney  Margolis    on behalf of Debtor 1 Victoria C Quade sidsume@sbcglobal.net
              Toni  Townsend    on behalf of Creditor    CITIMORTGAGE, INC. toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
              Toni  Townsend    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               toni.townsend@pierceservices.com,    northerndistrict@atty-pierce.com
                                                                                             TOTAL: 16
```